David Abrams, Attorney at Law
305 Broadway Suite 601
New York, NY 10007
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
Southern District of New York

---

Gaukhar Yessergepova,     )
                          )
         Plaintiff,       )
                          )   Case No. 20cv4088 (GBD)
  - against -             )
                          )   **Notice of Discontinuance**
Trendly, Inc a/k/a Rebag,.)   **Without Prejudice**
                          )
         Defendant.       )
                          )

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this matter without prejudice and without costs or fees to any party.

Respectfully submitted,

/s/ David Abrams

David Abrams
 Attorney for Plaintiff
305 Broadway Suite 601
New York, NY 10007
Tel. 212-897-5821

June 17, 2020
New York, New York

SO ORDERED:

*George B. Daniels* (signature)
George B. Daniels, U.S.D.J.

Dated: JUN 1 8 2020